NOVEMBER 5, 1973

No. 73–5124.   HOLIFIELD *v.* MISSISSIPPI.   Sup. Ct. Miss.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

No. 73–320.   PIRINCIN ET AL. *v.* BOARD OF ELECTIONS OF CUYAHOGA COUNTY ET AL.   Affirmed on appeal from D. C. N. D. Ohio.

No. 73–336.   CATOOR ET AL. *v.* BLAIR ET AL.   Affirmed on appeal from D. C. N. D. Ill.

No. 72–1582.   JOHNSON *v.* CITY OF CHEYENNE ET AL. Appeal from Sup. Ct. Wyo.   Motion to dispense with printing jurisdictional statement granted.   Appeal dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–10.   JOHNSON *v.* LARAMIE COUNTY SCHOOL DISTRICT No. 1.   Appeal from Sup. Ct. Wyo.   Motion to dispense with printing jurisdictional statement granted.   Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.